## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DAVID WILLIAMS
ADC # 78730                                                                                         PLAINTIFF

V.                                         2:07CV00114 JMM

HARMON *et al.*                                                                                  DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 15th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE